UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 00-CR-00526-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DOMINICK SWABACKER,

    Defendant.

_____

**AMENDED MINUTE ORDER**
(to correct named defendant)
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Supervised release violation hearing will be held **March 10, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: January 21, 2010

                                  s/Jane Trexler, Judicial Assistant